UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS LAMAR SMITH

    VS                                 CASE NO. 4:12cv446-WS/CAS

KEN TUCKER

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 2/15/2013 (document #20), and referred to Magistrate Judge Charles A. Stampelos on 2/21/2013.

    Summary of motion/pleading: MOTION FOR RECONSIDERATION

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT


                                        s/ Angela Maxwell
                                        DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is **ORDERED** this 21st day of February, 2013, the requested relief is **GRANTED**. The Report and Recommendation entered January 28, 2013, doc. 19, is hereby **VACATED**. Plaintiff shall have until **March 22, 2013**, to submit his initial partial filing fee in the amount of $6.67. The Clerk shall return this file to the undersigned.

                                        s/ Charles A. Stampelos
                                        UNITED STATES MAGISTRATE JUDGE